



Justin COOPER



EXHIBIT 1