# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Surveillance still shots |
| 2 | Crime scene photos |
| 3 | Surveillance still shots |
| 4 | Crime scene photo |
| 5 | Crime scene photo with MSP laboratory remarks |
| 6 | Crime scene photos |
| 7 | Crime scene photo with MSP laboratory remarks |
| 8 | Cell location information |
| 9 | August 13, 2020 email correspondence with Captain Gould |
| 10 | August 17, 2020 email correspondence with Captain Gould |
| 11 | Screenshots from Justin Cooper's Facebook account (FILED UNDER SEAL) |