



**Justin COOPER**

EXHIBIT 1