

Found in grass west of service drive 4375 Holbrook Rd.

EXHIBIT 2