

**Paul DRINKWINE**
**November 19, 2017**
**Marathon Gas Station**
**Dort Hwy, Flint, MI**

EXHIBIT 3



**Marathon Gas Station Surveillance Video November 19, 2017**

EXHIBIT 3