**Found in grass west of the service drive 4375 Holbrook Rd**



EXHIBIT 4