

**Justin Cooper**



| Conclusion: | Based on the DNA typing results obtained, it is at least 430 Million times more likely if the observed DNA profile from the swabs from black piece of fabric originated from Justin Cooper and two unrelated, unknown contributors than if the data originated from three unrelated, unknown individuals. |
|---|---|
| Verbal Scale: | This analysis provides very strong support that Justin Cooper is a contributor to the DNA profile developed from the swabs from black piece of fabric. |

EXHIBIT 5