

**Found in west ditch of Germania Road**

EXHIBIT 6