

**Justin Cooper**



| Conclusion: | Based on the DNA typing results obtained, it is at least 520 Trillion times more likely if the observed DNA profile from the swabs from black & blue fabric gloves originated from Justin Cooper and three unrelated, unknown contributors than if the data originated from four unrelated, unknown individuals. |
|---|---|
| Verbal Scale: | This analysis provides very strong support that Justin Cooper is a contributor to the DNA profile developed from the swabs from black & blue fabric gloves. |

EXHIBIT 7