| | |
|---|---|
| **From:** | Gould, Capt. Jason |
| **To:** | Vance, Anthony (USAMIE) |
| **Subject:** | RE: Defense Counsel - Attorney Visits |
| **Date:** | Thursday, August 13, 2020 4:46:42 PM |

You are correct – both in person and video attorney visits are conducted every day.

We have never stopped attorney/client visits.

Thanks,
Captain Gould

---

**From:** Vance, Anthony (USAMIE) [mailto:░░░░░░░░░░░░░░░░░]
**Sent:** Thursday, August 13, 2020 4:33 PM
**To:** Gould, Capt. Jason <░░░░░░░░░░░░░░░░░>
**Subject:** Defense Counsel - Attorney Visits

Capt-

I hope all is going well.  I have a defendant who recently filed a motion to be released on bond.  One of the claims in his motion is that there are no attorneys visits permitted at the jail.  That seems incorrect to me.  Isn't there both in-person and video visits available?

Thanks,
Tony

**ANTHONY P. VANCE**
United States Attorney's Office
Assistant United States Attorney
Chief – Branch Offices
Flint: 810-░░░░░░
Bay City: 989-░░░░░░

EXHIBIT 9