UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | No. 19-cr-20484 |
| Plaintiff, | Hon. Stephanie Dawkins Davis |
| v. | United States District Judge |
| D-2   Justin D. Cooper, | |
| Defendant. | |

**MOTION AND ORDER TO SEAL**

The United States of America by and through its undersigned attorney's respectfully requests that Exhibit 11 for the United States of America's Response to Defendant's Motion for Revocation of Detention order, be sealed until further order of this Court because it identifies individuals who are not in custody as gang members.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

Dated: December 18, 2020

s/ANTHONY P. VANCE
Assistant United States Attorney
600 Church Street, Flint, MI   48502
Phone: (810)766-5177
Anthony.vance@usdoj.gov
P61148

IT IS SO ORDERED.

Dated: December 22, 2020        s/Stephanie Dawkins Davis
                                Stephanie Dawkins Davis
                                United States District Judge